JOHN LADD          *        NO. 2022-CA-0212

VERSUS          *        COURT OF APPEAL

LAW ENFORCEMENT          *        FOURTH CIRCUIT
DISTRICT FOR THE PARISH
OF ORLEANS, ORLEANS          *        STATE OF LOUISIANA
PARISH SHERIFF'S OFFICE,
SHERIFF MARLIN N.          *
GUSMAN, IN HIS OFFICIAL
CAPACITY AS SHERIFF OF          *
ORLEANS PARISH, AND     * * * * * * *
CARMEN DESADIER,
INDIVIDUALLY AND IN HER
CAPACITY AS AN OFFICER
OF THE ORLEANS PARISH
SHERIFF'S OFFICE

**BROWN, J., CONCURS IN THE RESULT**

      I respectfully concur in the result of the majority opinion.